UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Anthony Reyes

                        Plaintiff,

v.                                                      Case No.:
                                                                     3:15−cv−01155

Metropolitan Government of Nashville and Davidson
County, Tennessee

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/10/2017 re [24].

                                                      Keith Throckmorton, Clerk
                                                   s/ Hannah Blaney, Deputy Clerk